AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| Teyana Gibson Brown, et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   26-cv-01131 |
| Markwayne Mullin, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs                                                                                      .

Date:     04/02/2026

*Attorney's signature*

Kristy Parker, DC Bar No. 1542111

*Printed name and bar number*

Protect Democracy Project
2020 Pennsylvania Ave NW
Washington, DC 20006

*Address*

kristy.parker@protectdemocracy.org

*E-mail address*

(202) 579-4582

*Telephone number*

*FAX number*