**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Teyana Gibson Brown, Garrison Gibson Brown, Jeyli Salguero, Noe Alfredo Salguero, Rhoda Christenson, and Abdulkadir Sharif Abdi,<br><br>      Plaintiffs,<br><br>v.<br><br>Markwayne Mullin, in his official capacity as Secretary of the Department of Homeland Security; U.S. Department of Homeland Security; Todd M. Lyons, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; U.S. Immigration and Customs Enforcement; Benjamine Huffman, in his official capacity as Director of Federal Law Enforcement Training Center; and Federal Law Enforcement Training Center,<br><br>      Defendants. | Case No. 26-cv-1131 |

**MOTION FOR ADMISSION OF JAMES K. LANGDON *PRO HAC VICE***

Pursuant to Local Rule 83.2(d), Plaintiffs move for the admission and appearance of

Attorney James K. Langdon *pro hac vice* in the above-entitled action. This motion is supported

by the Declaration of James K. Langdon, filed herewith. As set forth in Mr. Langdon's

Declaration, he is admitted and an active member in good standing in the following courts and

bars: The Minnesota Bar Association, The Supreme Court of the State of Minnesota, the U.S.

Courts of Appeal for the Fifth, Sixth, Seventh, Eighth, Ninth and Tenth Circuits, the U.S. District

Court for the District of Minnesota, the U.S. District Court for the District of Colorado, the U.S.

District Court for the Eastern District of Wisconsin, the U.S. District Court for the Northern

District of Florida, the U.S. District Court for the Eastern District of Michigan, the U.S. District

Court for the Western District of Michigan, and the U.S. District Court for the District of New Mexico. This motion is supported and signed by Michael Perloff, an active and sponsoring member of the Bar of this Court.


Dated: May 7, 2026                                    Respectfully submitted,


                                                      */s/ Michael Perloff*
                                                      Michael Perloff, D.C. Bar No. 1601047
                                                      Aditi Shah, D.C. Bar No. 90033136
                                                      **ACLU Foundation of the District of Columbia**
                                                      529 14th Street NW, Suite 722
                                                      Washington, D.C. 20045
                                                      Tel: (202) 457-0800
                                                      mperloff@acludc.org
                                                      ashah@acludc.org

                                                      Kristy Parker, D.C. Bar No. 1542111
                                                      **Protect Democracy Project**
                                                      2020 Pennsylvania Ave NW
                                                      Washington DC 20006
                                                      Tel: (202) 579-4582
                                                      kristy.parker@protectdemocracy.org

                                                      Conor Gaffney*
                                                      **Protect Democracy Project**
                                                      201 St. Charles Ave, Suite 114
                                                      New Orleans, LA 70170
                                                      Tel: (202) 579-4582
                                                      conor.gaffney@protectdemocracy.org

                                                      Julia L. Torti*
                                                      **Protect Democracy Project**
                                                      82 Nassau Street, #601
                                                      New York, NY 10038
                                                      Tel: (202) 579-4582
                                                      jules.tori@protectdemocracy.org

                                                      Jenn Rolnick Borchetta*
                                                      Sapana Anand*
                                                      **American Civil Liberties Union Foundation**
                                                      125 Broad Street
                                                      New York, NY 10004
                                                      Tel: (914) 462-2363
                                                      jborchetta@aclu.org
                                                      sanand@aclu.org

Spencer Amdur*
Oscar Sarabia Roman*
**American Civil Liberties Union Foundation**
425 California Street, 7th Floor
San Francisco, CA 94104
Tel: (415) 343-0770
samdur@aclu.org
osarabia@aclu.org

Kathryn Huddleston**
Lucia Goin, D.C. Bar No. 1739389
**American Civil Liberties Union Foundation**
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Tel: (212) 549-2500
khuddleston@aclu.org
lgoin@aclu.org

Benjamin Casper*
Teresa Nelson*
Catherine Ahlin-Halverson*
Alicia Granse*
**American Civil Liberties Union of Minnesota**
P.O. Box 14720
Minneapolis, MN 55414
Tel: (651) 529-1692
bcasper@aclu-mn.org
tnelson@aclu-mn.org
cahlin@aclu-mn.org
agranse@aclu-mn.org

Ian Bratlie*
**American Civil Liberties Union of Minnesota**
424 N. Riverfront Dr. No. 34
Mankato, MN 56001
Tel: (507) 995-6575
ibratlie@aclu-mn.org

James K. Langdon*
Thomas P. Swigert*
Michael Rowe*
**Dorsey & Whitney LLP**
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Tel: (612) 340-2600
langdon.jim@dorsey.com
swigert.tom@dorsey.com
rowe.michael@dorsey.com

Steven J. Wells*
1201 Yale Place, #1806
Minneapolis, MN 55403
(612) 360-7870
stevewells612@gmail.com

*Application for pro hac vice forthcoming.
**Admitted to practice in Texas and Arizona.
Practice limited to federal courts and under the
supervision of a member of the D.C. Bar