**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TEYANA GIBSON BROWN, *et al.*, | |
| *Plaintiffs*, | |
| *v.* | No. 1:26-cv-01131-TSC |
| MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*, | |
| *Defendants*. | |

**DEFENDANTS' MOTION FOR EXTENSION OF RESPONSIVE PLEADING DEADLINE**

Defendants respectfully move for a three-month extension of their deadline, currently June 5, 2026,[1] to respond to the Complaint in this action challenging under the Administrative Procedure Act the May 12, 2025 memorandum issued by Acting Director of Immigration and Customs Enforcement ("ICE") Todd Lyons regarding "Utilizing Form I-205, Warrant of Removal" ("Lyons Guidance"). *See* ECF No. 1-1 at 18-20. The Lyons Guidance provides that "ICE immigration officers *may* arrest and detain aliens subject to a final order of removal issued by an immigration judge, the Board of Immigration Appeals (BIA), or a U.S. district court or magistrate judge in their place of residence" and that "ICE immigration officers should consider all available enforcement mechanisms, including the use of a Form I-205 to arrest an alien in their place of residence." *Id.* at 18-19. In support of this motion, Defendants state as follows:

1.      On March 18, 2026, now-Secretary Mullin testified in his Senate confirmation hearing in response to questioning by Senator Blumenthal "that if confirmed as head of the agency,

---

[1] Defendants were served on April 6, making the deadline June 5. *See* Fed. R. Civ. P. 12(a)(2).

ICE officers will not enter a home without a judicial warrant unless [they] are pursuing the individual that runs into a house." *See Markwayne Mullin's Senate Confirmation Hearing to Become Homeland Security Secretary*, Face the Nation (Mar. 18, 2026), https://www.youtube.com/watch?v=zUtGVXuRRBI, at 1:13:23-1:13:34.

2. On April 2, 2026, Plaintiffs filed a Complaint seeking declaratory and injunctive relief in relation to the enforcement of the Lyons Guidance. *See* ECF No. 1, Compl. at 40-41.

3. On April 16, 2026, Acting Director Lyons announced that he was resigning effective May 31, 2026. That date was later moved up, as Acting Director Lyons resigned from his position effective May 15, 2026.

4. By letter dated May 8, 2026, the Secretary publicly confirmed that he "paused the practice of entering an illegal alien's residence who is subject to a final order of removal with an I-205, *Warrant of Removal/Deportation*, while [he] assess[es] the policy." Ex. A (Letter from Secretary Mullin to Senator Richard Blumenthal (May 8, 2026)), attached hereto. *See United States v. Chem. Found., Inc.,* 272 U.S. 1, 14-15 (1926) ("The presumption of regularity supports the official acts of public officers and, in the absence of clear evidence to the contrary, courts presume that they have properly discharged their official duties.").

5. Because the Secretary has paused the challenged practice in this case and is currently assessing that practice, Defendants request a three-month extension until September 8, 2026, to allow this review to continue—the result of which might be dispositive of this action. Defendants propose to submit status reports to the Court every thirty days regarding the status of that assessment. Defendants conferred with Plaintiffs regarding this motion, and they relayed that they oppose.

6.      Defendants seek this extension in litigation solely to allow the Secretary's ongoing

consideration of the practice to continue and to preserve judicial resources.

Dated: May 21, 2026                          Respectfully submitted,

                                             BRETT A. SHUMATE
                                             Assistant Attorney General

                                             ALEXANDER K. HAAS
                                             Branch Director
                                             Federal Programs Branch

                                             JACQUELINE COLEMAN SNEAD
                                             Assistant Director, Federal Programs Branch

                                             /s/ *J. Stephen Tagert*
                                             J. STEPHEN TAGERT
                                             Trial Attorney
                                             U.S. Department of Justice
                                             Civil Division, Federal Programs Branch
                                             1100 L Street, N.W.
                                             Washington, DC 20005
                                             Tel.: (202) 305-5486
                                             stephen.tagert@usdoj.gov
                                             *Counsel for Defendants*

3