**1:26-cv-01131-TSC**

# EXHIBIT A



*Secretary*

**U.S. Department of Homeland Security**
Washington, DC 20528

May 8, 2026

The Honorable Richard Blumenthal
Ranking Member
Permanent Subcommittee on Investigations
Committee on Homeland Security and Governmental Affairs
United States Senate
Washington, DC  20510

Dear Ranking Member Blumenthal:

Thank you for your March 31, 2026 letter to the Department of Homeland Security (DHS).

U.S. Immigration and Customs Enforcement (ICE) has not rescinded the memorandum; however, I have paused the practice of entering an illegal alien's residence who is subject to a final order of removal with an I-205, *Warrant of Removal/Deportation,*[1] while I assess the policy.

Thank you again for your letter.  Should you wish to discuss this matter further, please contact the DHS Office of Legislative Affairs at (202) 447-5890.

Sincerely,

Markwayne Mullin
Secretary of Homeland Security

---

[1] The alien must have been subject to a final order of removal issued by an immigration judge, the Board of Immigration Appeals, a magistrate judge, or a district court judge and there had been reason to believe the subject alien resided at and was located at the address where the I-205 was served.