IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Teyana Gibson Brown, *et al.*

Plaintiffs,

v.

Markwayne Mullin, *et al*.

Defendants.

Case No. 1:26-cv-1131

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(c), attorney Conor Smith Gaffney seeks admission and appearance pro hac vice on behalf of Teyana Gibson Brown, Garrison Gibson Brown, Abdulkadir Sharif Abdi, Rhoda Christenson, Noe Alfredo Salguero, and Jeyli Salguero, plaintiffs in the above-captioned action. This motion is supported by the Declaration of Mr. Gaffney, filed herewith. As set forth in the Declaration, Mr. Gaffney is admitted and an active member in good standing in the following courts and bars: Louisiana State Bar Association, Louisiana Supreme Court, U.S. Court of Appeals for the Fifth Circuit, U.S. Court of Appeals for the Ninth Circuit, and the U.S. Court of Appeals for the Seventh Circuit.

This motion is supported and signed by Kristy Parker, an active and sponsoring member of the Bar of this Court. Based on the information contained in the attached Declaration, the undersigned sponsoring and moving counsel requests that the Court grant leave for Conor Smith Gaffney to appear pro hac vice in this matter.

Dated:   June 8, 2026                    Respectfully submitted,

                    By:    /s/*Kristy Parker*
                           **PROTECT DEMOCRACY PROJECT**
                           Kristy Parker (D.C. Bar No. 1542111)
                           2020 Pennsylvania Avenue NW
                           Washington, DC 20006
                           Tel: (202) 579-4582
                           Fax: (202) 769-3176
                           kristy.parker@protectdemocracy.org


                           *Counsel for Plaintiffs*