# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TEYANA GIBSON BROWN, *et al.*,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>*Defendants*. | No. 1:26-cv-01131-TSC |

**DECLARATION OF VALARIE A. SHEPPARD**

I, VALARIE A. SHEPPARD, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the Acting Deputy Chief Human Capital Officer for Strategy & Services within the Office of Human Capital, U.S. Immigration and Customs Enforcement ("ICE"). In this position, I oversee ICE's Strategic Initiatives, Medical Affairs, Employee Resilience, Performance Management, and Employee and Labor Relations Programs. I have been in a variety of key positions at ICE since March 2013. Among these, I previously served as Chief, Executive Services Unit. In this role, I was responsible for providing advice, guidance, and support to ICE senior leadership and program offices on all aspects of ICE's executive level programs, including the Senior Executive Service, Political Appointees, and Schedule C employees.
2. The facts attested to herein are based upon my personal knowledge or upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.
3. I declare that the attached document, marked as exhibit A, is a true and correct copy of

the Todd Lyons designation as Acting Director of U.S. Immigration and Customs Enforcement, signed by the President of the United States on March 19, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of June 2026.

VALARIE A SHEPPARD

Digitally signed by VALARIE A SHEPPARD
Date: 2026.06.23 19:16:42 -04'00'

Valarie A. Sheppard
Acting Deputy Chief Human Capital Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

# EXHIBIT A

**THE WHITE HOUSE**

WASHINGTON

March 19, 2025

MEMORANDUM FOR TODD LYONS
Assistant Director, Field Operations

Pursuant to the Constitution and the laws of the United States, including section 3345(a) of title 5, United States Code, you are directed to perform the duties of the office of Director of U.S. Immigration and Customs Enforcement.