**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TEYANA GIBSON BROWN, et al.,
Plaintiffs,
v.

MARKWAYNE MULLIN, *in his official capacity as Secretary of the Department of Homeland Security*, et al.,

Defendants.

Case No. 1:26-cv-01131

**NOTICE OF WITHDRAWAL**

The undersigned attorney, Sapana Anand, hereby withdraws from this case and shall no longer be associated as counsel of record for Plaintiffs in the above-captioned case.

Dated: September 1, 2026

Respectfully submitted,

*/s/ Sapana Anand*
Sapana Anand*
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
(917) 634-6285
sanand@aclu.org

**Admitted pro hac vice*